**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARGARET SAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1034 |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation, (Docket Entry No. 29),  this action is dismissed

with prejudice. Each party is to bear it's own costs. This is a final judgment

SIGNED on June 1, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge